UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. A07-61180-CRM |
| | : | |
| | | JUDGE MULLINS |
| | : | |
| WALTER AVERY DODD AND | | IN PROCEEDINGS UNDER CHAPTER |
| REBECCA S. DODD, | : | |
| DEBTORS | | 13 OF THE BANKRUPTCY CODE |

OBJECTION TO CONFIRMATION OF PLAN

Comes now Georgia Florida United Methodist Federal Credit Union, a creditor in the above style case and files its objection and shows:

-1-

The debtors have filed a plan which proposes to pay secured claims to the extent of the value of the security as shown by the plan.

-2-

The Objector has filed two claims in the amounts of $27, 804.28 and $9,988.35 and holds a security interest in real property.

-3-

The debtors have failed to provide in the plan for treatment of the claim in the amount of $9988.35. The plan is objected to and the objector contends

that its claim should be fully secured.

      WHEREFORE, Objector demands that its objection be inquired into and be sustained.

                                                                     RICHARD V. KARLBERG, Jr.
                                                                       Attorney for Objector
                                                                       State Bar No. 407900

34 Peachtree St., Suite 2210
Atlanta, Georgia 30303
Phone: (404) 523-2888

Case 07-61180-crm    Doc 17    Filed 03/23/07    Entered 03/23/07 14:11:58    Desc Main
                    Document      Page 2 of 3

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following named persons with a copy of the within and foregoing pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon, to wit:

Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, Georgia 30303

Monica L. Vining
Attorney for Debtors
21 Eighth Street
Atlanta, Georgia 30309

Walter & Rebecca Dodd
Debtors
3185 Windsor Forest Road
Chamblee, Georgia 30341

This ___23rd___ day of March, 2007.

_____
RICHARD V. KARLBERG, Jr.
Attorney for Objector
State Bar No. 407900

34 Peachtree St., Suite 2210
Atlanta, Georgia 30303
Phone: (404) 523-2888